# <u>**EXHIBIT A**</u>

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WAYNE COUNTY, GEORGIA

**SUCV2022000235**
RG

AUG 30, 2022 11:03 AM

*Frances B Yeargan*
Frances Yeargan, Clerk
Wayne County, Georgia

IN THE SUPERIOR COURT OF WAYNE COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JOSEPH BRANCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | Civil Action No. |
| WESTERN EXPRESS,INC., and | ) | |
| PAUL JACOB PAXTON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT FOR DAMAGES

### COUNT I
### (VICARIOUS LIABILITY OF SPECTRUM LOGISTICS, INC.)

The Plaintiff, JOSEPH BRANCH, by and through undersigned counsel, files this Complaint against the Defendants and alleges as follows:

1.      This is an action for damages in excess of $15,000.00.

2.      At all times material, the Defendant, WESTERN EXPRESS, INC. was a foreign corporation and foreign motor carrier, operating in interstate commerce and authorized to conduct business in the State of Georgia. It may be served with a copy of the summons and complaint in this action by delivery of same to its registered agent, Kevin T. Shires 6960 Cordery Road, Cumming, Ga 30040.

3.      At all times, Defendant, WESTERN EXPRESS, INC owned or was otherwise in legal possession of a tractor and trailer that were being operated with its consent by Defendant, PAUL JACOB PAXTON . PAUL JACOB PAXTON. may be served with a copy of the summons and complaint in this action by delivery of same to him at his residence 8318 Mission Hills Road, Charlotte, NC 28227.

1

4.      At all times material, the Defendant, WESTERN EXPRESS, INC. was a foreign corporation and foreign motor carrier, operating in interstate commerce and authorized to conduct business in the State of Georgia.

5.      At all times relevant to this litigation, Defendant, WESTERN EXPRESS, INC., was and is legally liable for the negligent acts of the Defendant, PAUL JACOB PAXTON, because Defendant, PAUL JACOB PAXTON was:

    a.      Acting in the course and scope of his employment and/or agency with Defendant, WESTERN EXPRESS, INC. and/or

    b.      Was operating, with its knowledge and consent, a tractor and trailer owned by Defendant, WESTERN EXPRESS, INC. and/or

    c.      Was operating under the DOT placard of WESTERN EXPRESS, INC.

6.      The collision giving rise to this action occurred on or about March 15, 2022 on West J.L. Tyre Street Screven, Wayne County, Georgia.

7.      On or about March 15, 2022, Defendant, PAUL JACOB PAXTON (the authorized driver of the tractor trailer of WESTERN EXPRESS, INC.), negligently operated the aforementioned tractor and trailer owned by or otherwise in the legal possession of the Defendant, WESTERN EXPRESS, INC. causing it to collide with a motor vehicle occupied by Plaintiff.

8.      As a direct and proximate result of the aforesaid negligence, Plaintiff, JOSEPH BRANCH, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will

2

suffer the losses in the future. Plaintiff, JOSEPH BRANCH, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff JOSEPH BRANCH, having fully set forth his claims for damages against Defendant WESTERN EXPRESS, INC, and based upon the pleadings found herein, Plaintiff JOSEPH BRANCH respectfully prays and requests that this Honorable Court:

(a)     Empanel a jury to hear his cause and determine all contested issues of fact;

(b)     Award Plaintiff JOSEPH BRANCH his actual damages WESTERN EXPRESS, INC.;

(c)     Award Plaintiff JOSEPH BRANCH his costs of this action, including reasonable attorneys' fees against WESTERN EXPRESS, INC,; and Award Plaintiff JOSEPH BRANCH such other legal and equitable relief as this Honorable Court shall deem just and proper against WESTERN EXPRESS, INC.

## COUNT II

## (NEGLIGENCE OF PAUL JACOB PAXTON)

9.      Plaintiff repeats and realleges paragraphs 1, 4, 5 and 6 of the Complaint.

10.     As a direct and proximate result of the aforesaid negligence of Defendant, PAUL JACOB PAXTON, Plaintiff, JOSEPH BRANCH, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent

or continuing and Plaintiff will suffer the losses in the future.  Plaintiff, JOSEPH BRANCH, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff JOSEPH BRANCH, having fully set forth his claims for damages against Defendant PAUL JACOB PAXTON, and based upon the pleadings found herein, Plaintiff JOSEPH BRANCH respectfully prays and requests that this Honorable Court:

(d)     Empanel a jury to hear his cause and determine all contested issues of fact;

(e)     Award Plaintiff JOSEPH BRANCH his actual damages MICHAEL DEAN MCNEAL;

(f)     Award Plaintiff JOSEPH BRANCH his costs of this action, including reasonable attorneys' fees against PAUL JACOB PAXTON; and Award Plaintiff JOSEPH BRANCH such other legal and equitable relief as this Honorable Court shall deem just and proper against PAUL JACOB PAXTON.

This ___ day of ___August___, 2022.

Richard A. Staggard, Esq.
Georgia Bar No.:  219153

FARAH & FARAH, P.A.
10 West Adams Street
Jacksonville, FL  32202
(904) 396-5555 (Telephone)
(904) 559-1406 (Facsimile)
rstaggard@farahandfarah.com

Attorney for Plaintiff, Joseph Branch

4

✦ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WAYNE COUNTY, GEORGIA

**SUCV2022000235**
RG

**OCT 06, 2022 12:45 PM**

*Frances B Yeargan*
Frances Yeargan, Clerk
Wayne County, Georgia

## IN THE SUPERIOR COURT OF WAYNE COUNTY
## STATE OF GEORGIA

**JOSEPH BRANCH,**

     **Plaintiff,**

**v.**

                                    **CIVIL ACTION FILE NO.**

**WESTERN EXPRESS, INC. and PAUL**
**JACOB PAXTON,**                        **SUCV2022000235**

     **Defendants.**

## DEFENDANT PAUL JACOB PAXTON'S SPECIAL APPEARANCE ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW, **PAUL JACOB PAXTON**, Defendant in the above-styled action, without subjecting himself to the jurisdiction of this court, and without waiving defenses of lack of process, lack of service of process, lack of personal jurisdiction, and improper venue, files the following Special Appearance Answer and Defenses to Plaintiff's Complaint, showing the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Defendant denies that he was negligent in any manner, or that any negligent act or omission on his part caused or contributed to any injury or damage alleged to have been sustained by the Plaintiff.

### THIRD DEFENSE

Plaintiff has failed to mitigate his damages and is therefore barred from recovery.

### FOURTH DEFENSE

Plaintiff's alleged damages were directly and proximately caused by Plaintiff's own

contributory/comparative negligence and failure to exercise ordinary care and, as such, Plaintiff is not entitled to recover from Defendant.

## FIFTH DEFENSE

Plaintiff by the exercise of ordinary care, could have avoided the incident referenced in the Complaint and, therefore, Plaintiff is not entitled to recover from Defendant.

## SIXTH DEFENSE

Some or all of Plaintiff's claims may be barred by the doctrines of waiver, consent, release, failure of consideration, estoppel, fraud, illegality, injury by fellow servant, laches, license, Statute of Frauds, payment and/or accord and satisfaction.

## SEVENTH DEFENSE

To the extent any claim for punitive damages or attorney's fees and expenses of litigation, pursuant to O.C.G.A. § 13-6-11 or pursuant to any other theory, is or may be made by Plaintiff, no basis exists for such claims and, further, imposing punitive damages under the circumstances of this case upon Defendant would violate their rights under the Constitution of the State of Georgia and the United States Constitution.  Further in this regard, Defendant specifically shows that a *bona fide* dispute exists to the extent that Defendant is not liable to Plaintiff.

## EIGHTH DEFENSE

Defendant reserves the right to seasonably amend these affirmative defenses as needed or as warranted by the discovery in this case.

## NINTH DEFENSE

This Defendant denies that he caused the Plaintiff to suffer the injuries alleged.

**TENTH DEFENSE**

Plaintiff's medical expenses must be reduced to the extent that they exceed the reasonable or customary amounts.

**ELEVENTH DEFENSE**

Plaintiff's claims are barred to the extent that Plaintiff's damages are the result of a preexisting or otherwise unrelated medical condition.

**TWELFTH DEFENSE**

Defendant has not been served and raises the following defenses of lack of process, lack of service of process. The Court lacks personal jurisdiction over the Defendant.

**THIRTEENTH DEFENSE**

This Defendant responds to the individually numbered paragraphs of the Complaint as follows:

1.

This Defendant is without information to either admit or deny the allegations of Paragraph 1 of the Complaint.  Therefore, same is denied.

2.

Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3.

Defendant denies that he may be served at the stated address. Defendant admits the remaining allegations contained in Paragraph 3 of the Complaint.

4.

Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5.

Defendant admits that he was acting within the course and scope of his employment such that Defendant Western Express, Inc., would be subject to the doctrine of *respondeat superior*. This Defendant denies the remainder of allegations contained in Paragraph 5 of the Complaint.

6.

Defendant admits the allegations contained in Paragraph 6 of the Complaint.

7.

Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8.

Defendant denies the allegations contained in Paragraph 8 of the Complaint and the Wherefore Paragraph.

9.

Defendant reincorporates and restates the responses to paragraphs 1 through 8 above as if fully restated herein by reference.

10.

Defendant denies the allegations contained in Paragraph 10 of the Complaint.

This Defendant denies any and all allegations and prayers for relief contained in the WHEREFORE clauses/Prayers for Relief of Plaintiff's Complaint. All remaining allegations and inferences contained in Plaintiff's Complaint not heretofore specifically addressed, are denied in their entirety.

WHEREFORE, Defendant, having fully answered Plaintiff's Complaint for Damages, prays as follows:

a)      that he be discharged without cost or liability;

b)      that he have a trial by a jury of twelve persons as to all issues properly triable by a

jury;

c)      that a Pre-Trial Conference be held;

d)      that all costs and attorneys' fees be assessed against Plaintiff; and

e)      that he have such other relief as the Court deems just and proper.

This <u>6th</u> day of October, 2022.

**HALL BOOTH SMITH, P.C.**

<u>*/s/ Sean B. Cox*</u>
SEAN B. COX
Georgia State Bar No. 664108
MARK J. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS**
**TRIAL BY JURY OF 12**

**IN THE SUPERIOR COURT OF WAYNE COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **JOSEPH BRANCH,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| **v.** | **SUCV2022000235** |
| **WESTERN EXPRESS, INC. and PAUL JACOB PAXTON,** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on  this day I have served a copy of the within and foregoing **DEFENDANT PAUL JACOB PAXTON'S SPECIAL APPEARANCE ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with Peach Court which will automatically send electronic notification to the following:

Richard A. Staggard
Farah & Farah, P.A.
10 West Adams Street
Jacksonville, FL 32202
rstaggard@farahandfarah.com

This 6th day of October, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108
MARK J. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS**
**TRIAL BY JURY OF 12**

⚜ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
WAYNE COUNTY, GEORGIA

**SUCV2022000235**
RG
**OCT 06, 2022 12:45 PM**

*Frances B Yeargan*
Frances Yeargan, Clerk
Wayne County, Georgia

## IN THE SUPERIOR COURT OF WAYNE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **JOSEPH BRANCH,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION FILE NO.** |
| **WESTERN EXPRESS, INC. and PAUL JACOB PAXTON,** | **SUCV2022000235** |
| **Defendants.** | |

## DEFENDANT WESTERN EXPRESS, INC.'S SPECIAL APPEARANCE ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW, **WESTERN EXPRESS, INC.**, Defendant in the above-styled action, without subjecting itself to the jurisdiction of this court, and without waiving defenses of lack of process, lack of service of process, lack of personal jurisdiction, and improper venue, and files the following Special Appearance Answer and Defenses to Plaintiff's Complaint, showing the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Defendant denies that it was negligent in any manner, or that any negligent act or omission on its part caused or contributed to any injury or damage alleged to have been sustained by the Plaintiff.

### THIRD DEFENSE

Plaintiff has failed to mitigate his damages and is therefore barred from recovery.

**FOURTH DEFENSE**

Plaintiff's alleged damages were directly and proximately caused by Plaintiff's own contributory/comparative negligence and failure to exercise ordinary care and, as such, Plaintiff is not entitled to recover from Defendant.

**FIFTH DEFENSE**

Plaintiff by the exercise of ordinary care, could have avoided the incident referenced in the Complaint and, therefore, Plaintiff is not entitled to recover from Defendant.

**SIXTH DEFENSE**

Some or all of Plaintiff's claims may be barred by the doctrines of waiver, consent, release, failure of consideration, estoppel, fraud, illegality, injury by fellow servant, laches, license, Statute of Frauds, payment and/or accord and satisfaction.

**SEVENTH DEFENSE**

To the extent any claim for punitive damages or attorney's fees and expenses of litigation, pursuant to O.C.G.A. § 13-6-11 or pursuant to any other theory, is or may be made by Plaintiff, no basis exists for such claims and, further, imposing punitive damages under the circumstances of this case upon Defendant would violate their rights under the Constitution of the State of Georgia and the United States Constitution.  Further in this regard, Defendant specifically shows that a *bona fide* dispute exists to the extent that Defendant is not liable to Plaintiff.

**EIGHTH DEFENSE**

Defendant reserves the right to seasonably amend these affirmative defenses as needed or as warranted by the discovery in this case.

**NINTH DEFENSE**

This Defendant denies that it caused the Plaintiff to suffer the injuries alleged.

**TENTH DEFENSE**

Plaintiff's medical expenses must be reduced to the extent that they exceed the reasonable or customary amounts.

**ELEVENTH DEFENSE**

Plaintiff's claims are barred to the extent that Plaintiffs' damages are the result of a preexisting or otherwise unrelated medical condition.

**TWELFTH DEFENSE**

Defendant has not been served and raises the following defenses of lack of process, lack of service of process. The Court lacks personal jurisdiction over the Defendant.

**THIRTEENTH DEFENSE**

This Defendant responds to the individually numbered paragraphs of the Complaint as follows:

1.

This Defendant is without information to either admit or deny the allegations of Paragraph 1 of the Complaint.  Therefore, same is denied.

2.

Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3.

This Defendant is without information sufficient to admit or deny where Mr. Paxton may be served. Defendant admits the remaining allegations contained in Paragraph 3 of the Complaint.

4.

Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5.

This Defendant admits that Defendant Paul Jacob Paxton was acting within the course and scope of his employment such that Defendant Western Express, Inc., would be subject to the doctrine of *respondeat superior*. This Defendant denies the remainder of allegations contained in Paragraph 5 of the Complaint.

6.

Defendant admits the allegations contained in Paragraph 6 of the Complaint.

7.

Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8.

Defendant denies the allegations contained in Paragraph 8 of the Complaint and the Wherefore Paragraph.

9.

Defendant reincorporates and restates the responses to paragraphs 1 through 8 above as if fully restated herein by reference.

10.

Defendant denies the allegations contained in Paragraph 10 of the Complaint.

This Defendant denies any and all allegations and prayers for relief contained in the WHEREFORE clauses/Prayers for Relief of Plaintiff's Complaint. All remaining allegations and inferences contained in Plaintiff's Complaint not heretofore specifically addressed, are denied in their entirety.

WHEREFORE, Defendant, having fully answered Plaintiff's Complaint for Damages, prays as follows:

a)   that it be discharged without cost or liability;

b)   that it have a trial by a jury of twelve persons as to all issues properly triable by a
     jury;

c)   that a Pre-Trial Conference be held;

d)   that all costs and attorneys' fees be assessed against Plaintiff; and

e)   that it have such other relief as the Court deems just and proper.

This <u>6th</u> day of October, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108
MARK J. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS
TRIAL BY JURY OF 12**

**IN THE SUPERIOR COURT OF WAYNE COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **JOSEPH BRANCH,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| **v.** | **SUCV2022000235** |
| **WESTERN EXPRESS, INC. and PAUL JACOB PAXTON,** | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on  this day I have served a copy of the within and foregoing **DEFENDANT WESTERN EXPRESS, INC.'S SPECIAL APPEARANCE ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with Peach Court which will automatically send electronic notification to the following:

Richard A. Staggard
Farah & Farah, P.A.
10 West Adams Street
Jacksonville, FL 32202
rstaggard@farahandfarah.com

This 6th day of October, 2022.

                                        **HALL BOOTH SMITH, P.C.**

                                        */s/ Sean B. Cox*
                                        SEAN B. COX
                                        Georgia State Bar No. 664108
                                        MARK J. CHRISTOPHER
                                        Georgia State Bar No. 821387
                                        *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS**
**TRIAL BY JURY OF 12**

⏚ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
WAYNE COUNTY, GEORGIA

**SUCV2022000235**
RG
**OCT 07, 2022 11:18 AM**

*Frances B. Yeargan*
Frances Yeargan, Clerk
Wayne County, Georgia

**IN THE SUPERIOR COURT OF WAYNE COUNTY**
**STATE OF GEORGIA**

JOSEPH BRANCH,

      **Plaintiff,**

v.

WESTERN EXPRESS, INC. and PAUL
JACOB PAXTON,

      **Defendants.**

CIVIL ACTION FILE NO.

SUCV2022000235

---

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

---

      I HEREBY CERTIFY to the Clerk of Court that on this day I have filed the foregoing Rule 5.2 Certificate of Service of Discovery with the Clerk *electronically* and that I have served a true copy of the foregoing:

- **Defendant John Paul Paxton's First Interrogatories to Plaintiff;**
- **Defendant John Paul Paxton's First Request for Production of Documents to Plaintiff; and**
- **Defendant John Paul Paxton's First Request for Admissions to Plaintiff**

via E-mail, addressed to as follows:

Richard A. Staggard
Farah & Farah, P.A.
10 West Adams Street
Jacksonville, FL 32202
rstaggard@farahandfarah.com

      This 7th day of October, 2022.

                        **HALL BOOTH SMITH, P.C.**

                        */s/ Sean B. Cox*
                        SEAN B. COX
                        Georgia State Bar No. 664108
                        MARK J. CHRISTOPHER
                        Georgia State Bar No. 821387
                        *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS
TRIAL BY JURY OF 12**

# SUPERIOR COURT OF WAYNE COUNTY
## STATE OF GEORGIA

⊕ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WAYNE COUNTY, GEORGIA

**SUCV2022000235**
RG
AUG 30, 2022 11:03 AM

*Frances B. Yeargan*
Frances Yeargan, Clerk
Wayne County, Georgia

CIVIL ACTION NUMBER   SUCV2022000235

Branch, Joseph

_____
**PLAINTIFF**

                                                    **VS.**

Western Express, Inc.
Paxton, Paul Jacob

_____
**DEFENDANTS**


**SUMMONS**

TO: PAXTON, PAUL JACOB

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Richard A Staggard**
> **Farah and Farah**
> **10 West Adams Street**
> **Jacksonville, Florida 32202**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of August, 2022.**

Clerk of Superior Court


*Frances B. Yeargan*
_____
Frances Yeargan, Clerk
Wayne County, Georgia

# SUPERIOR COURT OF WAYNE COUNTY
# STATE OF GEORGIA

⊕ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WAYNE COUNTY, GEORGIA

**SUCV2022000235**
RG
**AUG 30, 2022 11:03 AM**

*Frances B. Yeargan*
Frances Yeargan, Clerk
Wayne County, Georgia

CIVIL ACTION NUMBER  <u>SUCV2022000235</u>

Branch, Joseph

_____

**PLAINTIFF**

**VS.**

Western Express, Inc.
Paxton, Paul Jacob

_____

**DEFENDANTS**


**SUMMONS**

TO: WESTERN EXPRESS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Richard A Staggard**
> **Farah and Farah**
> **10 West Adams Street**
> **Jacksonville, Florida 32202**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of August, 2022.**

Clerk of Superior Court


*Frances B. Yeargan*
Frances Yeargan, Clerk
Wayne County, Georgia

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
WAYNE COUNTY, GEORGIA

**SUCV2022000235**
RG
**OCT 07, 2022 11:18 AM**

*Frances B. Yeargan*
Frances Yeargan, Clerk
Wayne County, Georgia

## IN THE SUPERIOR COURT OF WAYNE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **JOSEPH BRANCH,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION FILE NO.** |
| | **SUCV2022000235** |
| **WESTERN EXPRESS, INC. and PAUL JACOB PAXTON,** | |
| **Defendants.** | |

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY to the Clerk of Court that on this day I have filed the foregoing Rule 5.2 Certificate of Service of Discovery with the Clerk *electronically* and that I have served a true copy of the foregoing:

- **Defendant John Paul Paxton's First Interrogatories to Plaintiff;**
- **Defendant John Paul Paxton's First Request for Production of Documents to Plaintiff; and**
- **Defendant John Paul Paxton's First Request for Admissions to Plaintiff**

via E-mail, addressed to as follows:

> Richard A. Staggard
> Farah & Farah, P.A.
> 10 West Adams Street
> Jacksonville, FL 32202
> rstaggard@farahandfarah.com

This 7th day of October, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108
MARK J. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS**
**TRIAL BY JURY OF 12**

**General Civil and Domestic Relations Case Filing Information Form**

⊞ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
WAYNE COUNTY, GEORGIA

**SUCV2022000235**
RG
AUG 30, 2022 11:03 AM

☑ **Superior** or ☐ **State Court of** ___Wayne___   **County**

| For Clerk Use Only | |
|---|---|
| Date Filed 08-30-2022 | Case Number SUCV2022000235 |
| **MM-DD-YYYY** | *Frances B Yeargan* |
| | Frances Yeargan, Clerk |
| | Wayne County, Georgia |

**Plaintiff(s)**

Branch, Joseph

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

Western Express, Inc.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Paxton, Paul Jacob

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Staggard, Mr. Richard A    **Bar Number** 219153    **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☑ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
**Case Number**          **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
WAYNE COUNTY, GEORGIA
**SUCV2022000235**
RG
**OCT 13, 2022 05:32 PM**

*Frances B Yeargan*
Frances Yeargan, Clerk
Wayne County, Georgia

IN THE SUPERIOR COURT OF WAYNE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH BRANCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Civil Action File No.: SUCV2022000235 |
| | ) |
| WESTERN EXPRESS,INC., and | ) |
| PAUL JACOB PAXTON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY**

This is to certify that I have this day served a copy of the foregoing, ***Plaintiff's Response to Defendant's First Request for Admissions to Plaintiff***, upon the following party by electronic mail:

Sean B. Cox, Esq.
Hall Booth Smith, P.C.
191 Peachtree Street, N.E., Suite 2900
Atlanta, GA 30303
scox@hallboothsmith.com
mchristopher@hallboothsmith.com

This ___ day of October, 2022.

RICHARD A. STAGGARD, ESQ.
Georgia Bar No.: 219153

**FARAH & FARAH, P.A.**
10 West Adams Street
Jacksonville, FL 32202
(904) 396-5555 (Telephone)
(904) 559-1406 (Facsimile)
rstaggard@farahandfarah.com

Attorney for Plaintiff, Joseph Branch